UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23008-CIV-HUCK/O'SULLIVAN

JEFFREY FILIASSE,

    Petitioner,

vs.

WALTER MCNEIL,

    Respondent.

_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation [D.E. #6] by the Honorable Patrick A. White, United States Magistrate Judge, filed August 30, 2010, recommending that Petitioner's *pro se* petition for writ of habeas corpus be denied. Movant has not filed any objections to the Report and Recommendation.

The Court has reviewed *de novo* the Report and Recommendation and the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions of law as stated in the Report and Recommendation. Accordingly, it is hereby

ORDERED AND ADJUDGED that Petitioner's *pro se* petition is DENIED, the Report is ADOPTED, and the clerk shall CLOSE the case.

DONE AND ORDERED in chambers, Miami, Florida, September 27, 2010.

PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record